

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

DEC 11 2024

BY ___Jm___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-cr-00224 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| COREY JOHNSON | ) | 18 U.S.C. § 924(c)(1)(A) |
| KIYAHN HAYES | ) | 21 U.S.C. § 841(a)(1) |
| a/k/a "KIYAHN HAYES-WOODS" | ) | 21 U.S.C. § 846 |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

Beginning not later than October 29, 2024, and continuing through on or about November 6, 2024, in the Middle District of Tennessee and elsewhere, the defendants, **COREY JOHNSON** and **KIYAHN HAYES, a/k/a "KIYAHN HAYES-WOODS,"** knowingly combined, conspired, confederated, and agreed, together and with each other, and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about November 6, 2024, in the Middle District of Tennessee, the defendants, **COREY JOHNSON** and **KIYAHN HAYES, a/k/a "KIYAHN HAYES-WOODS,"** knowingly possessed with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about November 6, 2024, in the Middle District of Tennessee, the defendant, **KIYAHN HAYES, a/k/a "KIYAHN HAYES-WOODS,"** did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment, and possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

2

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about November 6, 2024, in the Middle District of Tennessee, the defendant, **KIYAHN HAYES, a/k/a "KIYAHN HAYES-WOODS,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Glock Inc., Model 26, Gen 5 caliber 9x19 pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY


AHMED A. SAFEEULLAH
ASSISTANT UNITED STATES ATTORNEY

3